Judge Marcia A. Crone

On May 17, 2007 Henderson County deputies Billy Valentine, Dewayne Sanders, Eric Ward, Keven Harris and others stormed the Mays property at 18233 County road 2529 in Henderson County. After exiting his car deputy Billy Valentine began interrogating Ms. Mays and Mr. Mays. Valentine put his hand over his audio Microphone during questioning. Valentine climb the Mays property Fense. Ms. Mays ask Valentine not to climb on the Fence. Valentine did so anyway ignoring Mays request. Constitutional Law 525:
Valentine violated Mays Constitution Fifth Amendment Rights.
In compliance with the Fifth Amendment rights to interrogation counsel, arresting officers must give Miranda warnings before beginning any custodiol questioning.
Valentine began searching moving around the property between Ms Mays and Mr. Mays Farm eqipment asking questions. Valentine retrieved a telephone From his pocket and begin calling the neighbors and a task force ignoring Mays request.
Henderson County deputies Dewayne Sanders, Eric Ward, Kevin Harris and others arrived at Mays property. Sanders also begin to interrogate Ms. Mays. Ms. Mays ask Sanders not to climb on the Fence Sanders threaten Ms. and Mr. Mays. He said we will take both of yall to jail if you dont be quite.

Valentine and Sanders was acting as a magistration while interrogating Ms. Mays and Mr. Mays. See also Miranda Warnings (Article 38.22). Valentine was covering up evidence when he put his hand over the audio microphone that he was wearing pin to his shirt so no audio sound could be recorded or heard.

The Warnings
The Texas Code of Criminal Procedure
Article 38.22 of the Texas Code of Criminal Procedure: Arrested individuals must be informed of:

- the charges against him or her and any affidavit on file:
- the right to remain silent
- the right to not make a statement and Any statement made can and maybe used against the individual in court
- the right to stop any interview or question at any time
- the right to have an examing trial (Felonies only)

Specifically regarding access to legal representation magistrates must inform arrestees of:
- the right to have an attorney present prior to and during any interview or questioning by peace officers or attorneys representing the state:
- the right to hire an attorney

- the right to request appointment of counsel if the person cannot afford counsel and procedures for requesting appointment of counsel

I went over to unlock the gate and to listen into their conversation while Valentine search around my farm equipment. Valentine retrieved a telephone from his pocket and he made some telephone calls.

Valentine ask Sanders to go across the road and find out what they want to do. I walked toward the house as Valentine walked toward the Mays house. We meet there and Valentine ask me to come here I stop as we meet, Valentine grab my arm and shirt from behind and Valentine tried to wrench my arm behind my back. He tore my shirt half off me.

I looked back and to see Ms. Mays was being drag behind a barn and I pulled away and went into the house. Valentine began to hollor and curse screaming he's got a knife repetively. I entered the house and I looked out the window and Valentine was behind my truck. Valentine was pointing a gun at me his arms and hands was laying across the hood of my 84 Ford truck. He was screaming he's got a gun, he ask me to put the gun down and come out of the house, I ask Valentine to put his guns down and I went out the window

to see if I could help and to find out why these men were searching my property with guns. and where have they taken Ms Mays.

Valentine ask me if I have a Knife and to drop the Knife, and I did and I walked toward the gate and Valentine begin to run at me. I ran back to the house and went inside the house.

Valentine begin to hollor and curse again, he's got a gun, put the gun down and come out.

The situation became intense and Valentine continued to hollor Valentine pulled his gun again. Screaming and cursing.

After a few minutes I heard aloud pop and then multiple gun shots burst the glass window and debriz flew everywhere.

Bullets were coming through the walls of house, One of the bullets hit me in the arm and broke my arm.

Sincerely
Randall W. Mays
4-8, 2020

(In) Elrod v. Burns 427 U.S. 347, 373, 49 L Ed 2d 547 96 S Ct, 2673 (1976) The violation of a Fundamental Constitutional right constitutes irreparable harm even if temporary

# The Texas Code of Criminal Procedure

It is clear and undisputed that all public officers owe a fiduciary duty to the public and to the people. The following passage explains clearly that all public officers are trustees of the people and must abide by laws relating to the officers financial gain from office. e.g. officers, attorneys and judges must abide by and labor under every disability and prohibition under the Texas Code of Criminal Procedure when engaged in criminal proceding.

63C Am. Jur. 2d Public Officers and Employees 247. "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the goverment or of all citizens who may need the intervention of the officer.(1) Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of goverment and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.(2) That is a political entity on whose behalf he or she serves (3) and owes a fiduciary duty to the public (4) It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. (5) Furthermore it has been stated that any enterprise undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deciet and this one of the meaning,

that Fraud bears (483 U.S. 372) in the statues (See, United States v. Dial, 757 F.2d 163, 168 (7th Cir. 1985) includes the diliberate concealment of material information in a setting of Fiduciary obligation.

A public official is a Fiduciary toward the public, including in the case of a judge the litigants who appear before him and if he diliberately conceals material information from them, he is guilty of Fraud. McNally v. United States. 483 U.S. 350 (1987).

When violations of law are alleged against officers that allegation creates a duty to respond with justifications, exceptions, or admission. Silence in the face of allegations of wrong doing create a dark cloud above the head of the accused.

Silence can only be equated with Fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading... U.S. v. Tweel, 550 F.2d. 297, 299,

See also U.S. v. Prudden 424 F.2d 1021, 1032:

Carmine v. Bowen. 64 A. 932,

Judge Marcia Cron

That Henderson county deputy Billy Valentine Lied on the witness stand I am sorry Please Forgive me.

God bless
Sincerely
Randall Mays
4-6.2020



Randall W. Mays 999535
A.B. Polunsky Unit
3872 FM. 350 S.
Livingston TX. 77351

Judge Marcia A. Crone
United States District Court Eastern District of Texas
300 Willow Street,
Beaumont Texas, 77701

LEGAL MAIL

Rec'd 4/14/20